FILED

JAMES J. VILT, JR. - CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT BOWLING GREEN

FEB 11 2026

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES OF AMERICA

v.

**BRANDON ORION SHIPLEY**

INDICTMENT

NO. 1:26-cr-12-GNS

18 U.S.C. § 1466A(a)(1)
18 U.S.C. § 1466A(b)(1)
18 U.S.C. § 1466A(d)(4)
18 U.S.C. § 2252A(a)(5)(B)
18 U.S.C. § 2252A(b)(2)
18 U.S.C. § 1467(a)
18 U.S.C. § 2253(a)

The Grand Jury charges:

## COUNT 1
*(Production of Obscene Visual Representation of Child Sexual Abuse)*

On or about and between January 31, 2024 and February 2, 2026, in the Western District of Kentucky, Warren County, Kentucky, the defendant, **BRANDON ORION SHIPLEY**, did knowingly produce a visual depiction of any kind, including a drawing, cartoon, sculpture, or painting that is obscene and depicts a minor engaging in sexually explicit conduct, to wit: **BRANDON ORION SHIPLEY** produced several computer-generated images depicting nude minors engaged in sexually explicit conduct, and these visual depictions had been mailed, shipped, or transported in interstate of foreign commerce by any means, including by computer.

In violation of Title 18, United States Code, Sections 1466A(a)(1) and 1466A(d)(4).

The Grand Jury further charges:

## COUNT 2
### (*Possession of Obscene Visual Representation of Child Sexual Abuse*)

On or about and between January 31, 2024 and February 2, 2026, in the Western District of Kentucky, Warren County, Kentucky, **BRANDON ORION SHIPLEY**, defendant herein, did knowingly possess a visual depiction of any kind, including a drawing, cartoon, sculpture, or painting that is obscene and depicts a minor engaging in sexually explicit conduct, and was produced using materials that have been mailed, or that have been shipped or transported in interstate or foreign commerce by any means, including by computer.

In violation of Title 18, United States Code, Sections 1466A(b)(1) and (d)(4).

The Grand Jury further charges:

## COUNT 3
### (*Possession of Child Pornography*)

On or about and between January 31, 2024 and February 2, 2026, in the Western District of Kentucky, Warren County, Kentucky, the defendant, **BRANDON ORION SHIPLEY**, knowingly possessed child pornography, as that term is defined in 18 U.S.C. § 2256(8)(A), that involved a minor, who had not attained 12 years of age, and that had been transported in interstate commerce by any means, including by computer.

In violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and 2252A(b)(2).

## NOTICE OF FORFEITURE

As a result of committing the offenses in violation of Counts 1 and 2 of this Indictment, the defendant, **BRANDON ORION SHIPLEY**, shall forfeit to the United States, pursuant to Title

2

18, United States Code, Section 1467(a), any obscene material produced, transported, mailed, shipped or received in violation of the law, and all of the rights, title, and interests in any property, real or personal, used or intended to be used to commit or to promote the commission of such offenses, or any property traceable to such property, including but not limited to an HP desktop with a 64gb flash drive and hard drive, Apple iPad without case, Xbox with white Apple sticker, Hitachi hard drive, black Android phone, MSI laptop with power cord.

As a result of committing the offense in violation of Count 3 of this Indictment, the defendant, **BRANDON ORION SHIPLEY**, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253(a), all visual depictions which were produced, transported, mailed, shipped or received in violation of the law, and all of the rights, title, and interests in any property, real or personal, used or intended to be used to commit or to promote the commission of such offenses, or any property traceable to such property, including but not limited to an HP desktop with a 64gb flash drive and hard drive, Apple iPad without case, Xbox with white Apple sticker, Hitachi hard drive, black Android phone, MSI laptop with power cord.

A TRUE BILL.

REDACTED

_Kyle Bumgarner_

KYLE G. BUMGARNER
UNITED STATES ATTORNEY

KGB:LAD (2.11.26)

3

UNITED STATES OF AMERICA v. BRANDON ORION SHIPLEY

## P E N A L T I E S

Count 1:  NL 5 yrs./NM 20 yrs./$250,000/both/NL 5 yrs./NM life Supervised Release
Count 2:  NM 20 yrs./$250,000/both/NL 5 yrs./NM life Supervised Release
Count 3:  NM 20 yrs./$250,000/both/NL 5 yrs./NM life Supervised Release
             (mandatory $5,000 assessment per count for Count 3 if the defendant is non-indigent –
             (18 U.S.C. § 3014 – effective 11/12/2025))
Forfeiture

## N O T I C E

**ANY PERSON CONVICTED OF AN OFFENSE AGAINST THE UNITED STATES SHALL BE SUBJECT TO SPECIAL ASSESSMENTS, FINES, RESTITUTION & COSTS.**

SPECIAL ASSESSMENTS

18 U.S.C. § 3013 requires that a special assessment shall be imposed for each count of a conviction of offenses committed after November 11, 1984, as follows:

| | | | |
|---|---|---|---|
| Misdemeanor: | $ 25 per count/individual | Felony: | $100 per count/individual |
| | $125 per count/other | | $400 per count/other |

FINES

In addition to any of the above assessments, you may also be sentenced to pay a fine. Such fine is due <u>immediately</u> unless the court issues an order requiring payment by a date certain or sets out an installment schedule. You shall provide the United States Attorney's Office with a current mailing address for the entire period that any part of the fine remains unpaid, or you may be held in contempt of court. 18 U.S.C. § 3571, 3572, 3611, 3612

**Failure to pay fine as ordered may subject you to the following**:

1.  **INTEREST** and **PENALTIES** as applicable by law according to last date of offense.

     For offenses occurring after December 12, 1987:

     No **INTEREST** will accrue on fines under $2,500.00.

     **INTEREST** will accrue according to the Federal Civil Post-Judgment Interest Rate in effect at the time of sentencing. This rate changes monthly. Interest accrues from the first business day following the two week period after the date a fine is imposed.

     **PENALTIES** of:

     10% of fine balance if payment more than 30 days late.

     15% of fine balance if payment more than 90 days late.

2.  Recordation of a **LIEN** shall have the same force and effect as a tax lien.

3.  Continuous **GARNISHMENT** may apply until your fine is paid.

18 U.S.C. §§ 3612, 3613

     If you **WILLFULLY** refuse to pay your fine, you shall be subject to an **ADDITIONAL FINE** of not more than the greater of $10,000 or twice the unpaid balance of the fine; or **IMPRISONMENT** for not more than 1 year or both. 18 U.S.C. § 3615

<u>RESTITUTION</u>

If you are convicted of an offense under Title 18, U.S.C., or under certain air piracy offenses, you may also be ordered to make restitution to any victim of the offense, in addition to, or in lieu of any other penalty authorized by law.  18 U.S.C. § 3663

<u>APPEAL</u>

If you appeal your conviction and the sentence to pay your fine is stayed pending appeal, the court shall require:

1.    That you deposit the entire fine amount (or the amount due under an installment schedule during the time of your appeal) in an escrow account with the U.S. District Court Clerk, or

2.    Give bond for payment thereof.

18 U.S.C. § 3572(g)

<u>PAYMENTS</u>

If you are ordered to make payments to the U.S. District Court Clerk's Office, certified checks or money orders should be made <u>payable to the Clerk, U.S. District Court</u> and delivered to the appropriate division office listed below:

LOUISVILLE:        Clerk, U.S. District Court
                   106 Gene Snyder U.S. Courthouse
                   601 West Broadway
                   Louisville, KY  40202
                   502/625-3500

BOWLING GREEN:     Clerk, U.S. District Court
                   120 Federal Building
                   241 East Main Street
                   Bowling Green, KY  42101
                   270/393-2500

OWENSBORO:         Clerk, U.S. District Court
                   126 Federal Building
                   423 Frederica
                   Owensboro, KY  42301
                   270/689-4400

PADUCAH:           Clerk, U.S. District Court
                   127 Federal Building
                   501 Broadway
                   Paducah, KY  42001
                   270/415-6400

If the court finds that you have the present ability to pay, an order may direct imprisonment until payment is made.